First National Bank of Ava, Illinois, appellee, v. S. E. Roley et al. A. C. Mautz, appellant. Gen. No. 8,286.

Opinion filed January 24, 1929.
John J. Baker, for appellant. W. F. Ellis and Geo. B. Rhoads, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

First National Bank of Ava, Illinois, appellee, v. Chas. W. Wilson. A. C. Mautz, appellant. Gen. No. 8,287.

Opinion filed January 24, 1929.
John J. Baker, for appellant. W. F. Ellis and Geo. B. Rhoads, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

Frank Owens, appellee, v. C. A. Page, appellant. Gen. No. 8,288.

Opinion filed January 24, 1929.
J. W. Templeman, for appellant. Benj. F. Cassiday, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

Amelia G. Montgomery, appellee, v. The Wabash Railway Company, appellant. Gen. No. 8,291.

Opinion filed January 24, 1929. Rehearing denied April 4, 1929.
LeForgee, Black & Samuels, for appellant; N. S. Brown, of counsel. Redmon & Redmon, for appellee; Russell R. Reno, of counsel.
Mr. Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William Coffman, plaintiff in error. Gen. No. 8,244.

Opinion filed January 24, 1929.
Edward Pree and Wayne Nevin, for plaintiff in error. Hugh Green, State's Attorney, for defendant in error.
Mr. Justice Shurtleff delivered the opinion of the court.